UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  22-cv-05803-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 42 |

Aldridge's claims against Skanska are dismissed without prejudice. Those claims are based on Liberty Mutual's previous position that Aldridge was not an enrollee of the Contractor Controlled (or Wrap-Up) Insurance Program associated with the BART extension project. *See* Dkt. No. 29 at 14 ("In the event that Liberty Mutual prevails on its argument that [Aldridge] or its members were not enrolled in the CCIP, then [Skanska] breached its contract by failing to ensure that [Aldridge] was enrolled[.]"). Liberty Mutual has disavowed that position multiple times. *See, e.g.*, Dkt. No. 81 ("Liberty Mutual [] does not dispute that Aldridge[] is an enrollee of its Wrap-Up Insurance Program for the Silicon Valley Berryessa Extension Project C700 under [the relevant policy]."). Those claims are therefore moot.

**IT IS SO ORDERED.**

Dated: May 25, 2023

_____
VINCE CHHABRIA
United States District Judge